| AO-10<br>Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Baer, Harold Jr. | 2. Court or Organization<br><br>Judicial Arbitration &<br>Mediation Services, Inc. | 3. Date of Report<br><br>4/15/94 |
|---|---|---|
| 4. Title (Article III judges indicate active or<br>senior status; Magistrate judges indicate<br>full- or part-time)<br><br>Executive Judicial Officer | 5. Report Type (check appropriate type)<br><br>_X_ Nomination, Date 4/26/94<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>4-01-93<br>4-11-94 |
| 7. Chambers or Office Address<br><br>345 Park Avenue, 8th Floor<br>New York, NY 10154 | 8. On the basis of the information contained in this Report, it<br>is, in my opinion, in compliance with applicable laws and<br>regulations ____<br><br>Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* **Complete all parts,** checking the NONE box for each section where you have no reportable information. *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Trustee | Christopher & Peter Ausnit |
| Trustee | Daniel Frey |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| New York City | Management Welfare Fund |
| New York State | Pension - To begin following my 62nd birthday. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | Annual Trustee Comm. | $ 16,000 |
| | Salary JAMS | $ 175,000 |
| | Practising Law Institute | $ 1,000 |
| | Association of the Bar of The City of N.Y. | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Harold Baer, Jr. | Date of Report<br>4/15/94 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| N/A 1 | NONE (No such reportable reimbursements or gifts) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| N/A 1 | NONE (No such reportable gifts) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | NONE (No reportable liabilities) | See (1) and (2) in Section VIII | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000<br>N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harold Baer, Jr. | 4/15/94 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependant child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income<br>during<br>reporting<br>period | | C.<br>Gross value<br>at end of<br>reporting<br>period | | D.<br><br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amt.<br>Code<br>(A-H) | Type<br>(e.g.<br>div.,<br>rent or<br>int.) | Value<br>Code<br>(J-P) | Value<br>Method<br>Code<br>(Q-W) | Type<br>(e.g.<br>buy,sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 300 Gillette Co (S) | A | Div | K | T | | | | | |
| 600 Home Depot Inc (S) | A | Div | K | T | | | | | |
| 300 Merck & Co. (S) | A | Div | J | T | | | | | |
| 6.262 Roch.Ed.Mun, Inc (S) | D | Div | M | T | | | | | |
| 500 Walt Disney Co (S) | A | Div | K | T | | | | | |
| 200 Exxon Corp (S) | A | Div | J | T | | | | | |
| 100 FPL (S) | A | Div | J | T | | | | | |
| 500 Freeport McMoran (S) | B | Div | J | T | | | | | |
| 200 General Motors (S) | A | Div | J | T | | | | | |
| 200 Hershey Food Corp(S) | A | Div | J | T | | | | | |
| 500 Kellogg Co. (S) | A | Div | K | T | | | | | |
| 500 Proctor & Gamble(S) | A | Div | K | T | | | | | |
| 5500 Sun Distrs (S) | D | Div | L | T | | | | | |
| Suffolk Co NYSWR 6.4% | A | Coupon<br>Div | J | T | | | | | |
| Smith Barney/Shearson AggG (S) | A | Div | J | T/IRA | | | | | |
| 170 Lakehead Pipeline(S) | A | Div | J | T/IRA | | | | | |
| Cats Serv-Coupon 9.125% 1995 (S) | – | | J | T/IRA | | | | | |
| 1442 Oakmark Int.Fund | A | Div | K | T/IRA | | | | | |
| 3014 Vanguard Fixed Income Fund | A | Div | J | T/IRA | | | | | |
| 267 Ivy Growth Fund | A | Div | J | T | | | | | |

| Income/Gain Codes: | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| (See Col. B1 & D4) | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| Value Codes: | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| (See Col. C1 & D3) | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| (See Col. C2) | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harold Baer, Jr. | 4/15/94 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1  117 Global/Scudder | A | Div | J | T | | | | | | |
| 2  400 Ameritech Corp | A | Div | K | T | | | | | | |
| 3  200 Bell Atlantic Corp | A | Div | J | T | | | | | | |
| 4  100 Bell South Corp | A | Div | J | T | | | | | | |
| 5  4,769 Eaton Vance NY Tax Free Fund | - | - | L | T | | | | | | |
| 6  300 Gen.Motors Conv.Pref | A | Div | K | T | | | | | | |
| 7  200 Intel | A | Div | J | T | | | | | | |
| 8  200 Mobil Corp | A | Div | J. | T | | | | | | |
| 9  200 Questar Corp Utah | A | Div | J | T | | | | | | |
| 10  Rochester Fund Mun. 5582 Inc. | D | Div | L | T | | | | | | |
| 11  Southwestern Bell 500 Corp | A | Div | K | T | | | | | | |
| 12  200 Texaco | A | Div | J | T | | | | | | |
| 13  200 U.S. West Inc. | A | Div | J | T | | | | | | |
| 14  1000 Warner Lambert | B | Div | L | T | | | | | | |
| 15  NYC Go Fiscal 8.250%/ 2018 | B | Coupon | K | T | | | | | | |
| 16  North Tanawanda NY 9.2% 12/2001 | B | Coupon | K | T | | | | | | |
| 17  1000 Neolens | - | - | J | T | | | | | | |
| 18  1500 Ohio Edison | B | Div | K | T | | | | | | |
| 19  200 Pfizer | A | Div | J | T | | | | | | |
| 20  1220 Public Serv Eht.Gr. | C | Div | K | T | | | | | | |

1 Income/Gain Codes: A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
(See Col. B1 & D4)    E=$15,001 to $50,000    F=$50,000 to $100,000    G=$100,001 to $1,000,000    H=More than $1,000,000
2 Value Codes:    J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
(See Col. C1 & D3)    N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=More than $1,000,000
3 Value Method Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book Value    V=Other    W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | . Harold Baer, Jr. | 4/15/94 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-B) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-B) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 2500 Sun Distrs L.P. | C | Div | K | T | | | | | |
| 2 11/94 NYS HFA Nonprofit 6.75% | A | Coupon | J | T | | | | | |
| 3 Westch Cty 7.00% 12/98 | A | Coupon | J | T | | | | | |
| 4 NYS MedCare St. Lukes 4.15% 2/04 | A | Coupon | J | T | | | | | |
| 5 MAC NY Ser 59 7.75% 7/06 | A | Coupon | J | T | | | | | |
| 6 Port Auth NY & NJ 7.50% 6/17 | A | Coupon | J | T | | | | | |
| 7 256 Smith B.S. Agg. Growth Fund c.l.a. | A | Div | J | T | | | | | |
| 8 #3 10 Units Mun Inv. Trust | A | Div | J | T | | | | | |
| 9 900 Cypress Semiconduct Corp. | - | - | K | T | | | | | |
| 10 Port of N.Y. Auth 4.00% 3/02 | A | Coupon | J | T | | | | | |
| 11 Port of N.Y. Auth 4.75% 7/15/03 | A | Coupon | J | T | | | | | |
| 12 NYS Dorm Auth 7.4% 7/04 | A | Coupon | J | T | | | | | |
| 13 MAC N.Y.S. Ser 46 9.875% 7/08 | A | Coupon | J | T | | | | | |
| 14 Oppenheimer & Co. 12.750% 2/03 | A | Div | J | T | | | | | |
| 15 US Savings Bonds | C | INT | K | W | | | | | |
| 16 Nat. Housing Part. | C | | K | W | | | | | |
| 17 100 Weyerhauser Co. | | | | | | 11-1-93 | J | B | |
| 18 500 Bally Mfg Corp | | | | | | 8-11-93 | J | B | |
| 19 500 Caterpillar Inc | | | | | | 8-11-93 | K | D | |
| 20 300 Mobil Corp | | | | | | 11-1-93 | K | D | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Harold Baer, Jr. | 4/15/94 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(S)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | If not exempt from disclosure | | |
| | | | | | | | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ▢ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 200 Pepsico Inc | | | | | | 11-23-93 | J | B | |
| 2 100 Hershey Goods Corp | | | | | | 10-28-93 | J | C | |
| 3 200 Quaker Oats | | | | | | 11-22-93 | J | C | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
(See Col. B1 & D4)    E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=More than $1,000,000
2 Value Codes:    J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
(See Col. C1 & D3)    N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=More than $1,000,000
3 Value Method Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book Value    V=Other    W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harold Baer, Jr. | 4/15/94 |

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

(1)  I own a 1/2 interest in an apartment at Bonaventure, Ft. Lauderdale, Fla.  The rent beginning 4/94 was $750/mo.  The mtge approx. $50,000  My interest is 1/2 of each.

(2)  I own approx. 11% of an apartment bldg at 400 Park Ave, Brooklyn, NY with my two daughters.  We each own 1/3 of the 11%.  We have owned it for approx 6 years with no income at all.  Early this year due to a mtge. refinancing each of the three of us received approx. $1800.00

(3)  The sales reflected in VII were made to buy a primary residence - only gains are reflected as per my understanding of the instructions.

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____                    Date 4/25/94

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

Digitized by Google

# FINANCIAL STATEMENT ~~254 F~~

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

OCTOBER 31, 1993

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | | 10 800 | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule ✗ | | | Notes payable to banks—unsecured | | |
| Listed securities—add schedule ✗ | | | Notes payable to relatives | | |
| Unlisted securities—add schedule ✗ | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | | 5 000 |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid tax and interest | | |
| Doubtful | | | Real estate mortgages payable—add schedule | | 1 62 727 |
| Real estate owned—add schedule | 350 000 | | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | |
| Autos and other personal property | | | | | |
| Cash value—life insurance | | | | | |
| Other assets—itemize: IRA ACCOUNTS | 73 543 | | | | |
| ✗ MARKET VALUATION OF | | | | • | |
| SECURITIES CASH- BROKERAGE | | | | | |
| ACCOUNTS (SCHEDULE) | 1 468 123 | | Total Liabilities | | 167 727 |
| DEPOSIT - PURCHASE OF APARTMENT | 73 500 | | Net Worth | | 1808 239 |
| Total Assets | 1975 966 | | Total liabilities and net worth | | 1975 966 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | 0 | Are any assets pledged? (Add schedule.) SEE REAL ESTATE SCHEDULE | YES | |
| On leases or contracts | | 0 | Are you defendant in any suits or legal actions? | NO | |
| Legal Claims | | 0 | Have you ever taken bankruptcy? | NO | |
| Provision for Federal Income Tax | | 0 | | | |
| Other special debt | | 0 | | | |

Digitized by Google